IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY BELMONT, *et al.* | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MB INVESTMENT PARTNERS, INC., *et al.*, | : | No. 09-4951 |
| Defendants. | : | |

## ORDER

AND NOW, this **10th** day of **June**, **2010**, upon consideration of Ronald Altman's Motion to Dismiss the Amended Complaint, the Motion to Dismiss the Amended Complaint filed by MB Investment Partners, Robert Machinist, P. Benjamin Grossum, Thomas Barr, Christine Mann, and Robert Bernhard, the Motion to Dismiss the Amended Complaint filed by Centre MB Holdings, Centre Partners Management LLC, Lester Pollack, William Tomai, and Guillaume Bébéar, Plaintiffs' response thereto, all replies thereon, and for the reasons provided in this Court's Memorandum dated June 10, 2010, it is hereby **ORDERED** that:

1. Altman's motion (Document No. 49) is **GRANTED** and he is **DISMISSED** from this case.

2. MB Investment Partner's, *et al.* motion (Document No. 50) is **DENIED**.

3. Center MB Holdings', *et al.* motion (Document No. 51) is **DENIED**.

BY THE COURT:

_____
Berle M. Schiller, J.