IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY BELMONT, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MB INVESTMENT | : | |
| PARTNERS, INC., *et al.*, | : | No. 09-4951 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **5th** day of **January, 2012**, upon consideration of the Centre Defendants' motion for summary judgment, the MB Defendants' motion for summary judgment, Plaintiffs' consolidated response thereto, and all replies thereon, and for the reasons stated in this Court's memorandum dated January 5, 2012, it is hereby **ORDERED** that:

1. The MB Defendants' motion (Document No. 72) is **GRANTED**.

2. The Centre Defendants' motion (Document No. 76) is **GRANTED**.

3. The following Defendants are **DISMISSED** from this action: MB Investment Partners, Inc., Centre MB Holdings, Centre Partners Management, LLC, Robert Machinist, Lester Pollack, William Tomai, Guillaume Bébéar, P. Benjamin Grosscup, Thomas Barr, Christine Munn, and Robert Bernhard.

4. Defendants' motion to preclude the testimony of Taylor Drake (Document No. 95) is **DENIED as moot**.

5. The trial in the above-captioned case is **CANCELLED**.

6. Plaintiffs may move for a default against Defendant Mark Bloom.

**BY THE COURT:**

_/s/ Berle M. Schiller_
**Berle M. Schiller, J.**